HENRY J. SENGER, Respondent, v. SAMUEL RUBEL and Others, Appellants.— Motion for stay denied, with ten dollars costs; examination to proceed at same

place on two days' notice. Present — Young, Kapper, Hagarty, Carswell and Scudder, JJ.